E-FILED
Thursday, 04 January, 2007  04:33:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

**<u>CERTIFICATE OF INTEREST</u>**

COMES NOW Anthony B. Cameron, counsel of record for the Plaintiff, James Dewell, and furnishes the following list in compliance with Rule 1.6(E) of this Court.

1. That the full name of the Plaintiff is James H. Dewell. Mr. Dewell is a resident and domiciliary in the State of Illinois;

2. That the Plaintiff does not sue as a corporation;

3. That the Law Offices of Anthony B. Cameron represents the Plaintiff. Anthony B. Cameron is the attorney of record in the above captioned proceeding.

                  ___/s/ Anthony B. Cameron_____
                    Anthony B. Cameron

ANTHONY B. CAMERON - 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:   (217) 228-2225
Email:  dacamara@adams.net
Our File No. 06-204