AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

James Dewell

V.

John E. Potter, Postmaster General

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:07-CV-3003

TO: (Name and address of Defendant)

John E. Potter, Postmaster General
Manager, Human Resources
U.S. Postal Service--Gateway District
1720 Market St.
Room 3021
St. Louis, MO 63155-9994

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony B. Cameron
529 Hampshire St.
Suite 511
Quincy, IL 62301
217 228 8669
telefax 217 228 2225
dacamara@adams.net

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M Waters_  
CLERK  
_B Hansen_  
(By) DEPUTY CLERK

DATE  5/23/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06-06-07 |
| NAME OF SERVER (PRINT) WILLIAM RINEHART INVESTIGATOR | TITLE PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE TO DALE LEANHERN, W/M, age 44, HUMAN RESOURCES ASSISTANT INSPECTOR GENERAL, U.S. POSTAL SERVICE--GATEWAY DIVISION 1720 MARKET STREET, ST. LOUIS, MISSOURI 63155-9994

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 60.00 | TOTAL $0.00 60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-6-07
              Date

Signature of Server

301 OAK, Quincy, Illinois
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.