UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>)<br>    Defendant. ) | Case No. 3:07-cv-3003 |

### MOTION FOR LEAVE TO FILE NON-SIMULTANEOUS POINTS AND AUTHORITIES

Now comes the Plaintiff, James Dewell, by his attorney, Anthony B. Cameron, and moves this Honorable Court for leave to file Points and Authorities non-simultaneously or for other relief, and for his motion, states as follows:

1. Plaintiff has filed a Motion for Default Judgment and certain other relief of even date herewith;

2. The motion itself contains reference to applicable rules regarding default judgment and service of process;

3. Due to the demand of cases scheduled in the last week in the Eighth Judicial Circuit of Illinois and the Seventh Circuit Court of Appeals in Chicago, counsel has not had the opportunity to complete an accompanying brief on the applicability of the subsections of FRCP 55;

4. Plaintiff's counsel also recognizes the possibility that this Court may deem any additional authority unnecessary for its consideration of our motion;

WHEREFORE, your Plaintiff prays as follows:

A. The Court grant Plaintiff's counsel leave to file Points and Authorities

relative to the instant motion through and including September 26, 2007; or in the alternative,

      B.    In the event the Court deems it already has sufficient authority, Plaintiff's counsel be relieved of the duty to file an accompanying Points and Authorities document;

      C.    For such other and further relief as may be just and appropriate in the premises.

                                JAMES DEWELL, Plaintiff

                                By: /s/ Anthony B. Cameron
                                    ANTHONY B. CAMERON,
                                    His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:   (217) 228-2225
Our File No. 07-103