E-FILED
Friday, 16 November, 2007   05:43:54 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:07-cv-3003 |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of November, 2007, a copy of the Complaint filed in the captioned case herein was submitted to the U.S. Attorney, pursuant to the F.R.C.P. Rule 4 and the Order of this Court, by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

Mr. Rodger A. Heaton
U.S. Attorney
318 South 6th Street
Springfield, IL  62701

The original of said document has been filed with the U.S. District Court, Central District of Illinois, Springfield Division.

　　　/s/ Anthony B. Cameron
　　　ANTHONY B. CAMERON

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:     (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-103