**E-FILED**
Monday, 19 November, 2007  05:00:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:07-cv-3003 |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

Now comes Plaintiff, James Dewell, by his attorney, Anthony B. Cameron, and pursuant to the Court's Order of November 5, 2007, submits the following status report regarding service of process to the Court:

1.    As noted before, both Notice/Waiver, then later Summons had been served upon this Defendant earlier;

2.    During the days following the Court's ruling on our Motion for Default Judgment, counsel was out of the office due to illness of a family member;

3.    The U.S. Attorney was served last week.

Respectfully submitted,

JAMES DEWELL, Plaintiff

By:  /s/ Anthony B. Cameron
         Anthony B. Cameron
         Attorney for Plaintiff

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Email:  dacamara@adams.net

Our File No. 07-103