E-FILED
Friday, 21 December, 2007 02:41:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Postmaster General moves to dismiss, based on insufficiency of service. Fed.R.Civ.P. 12(b)(5).

          Respectfully submitted,

          RODGER A. HEATON
          United States Attorney

          s/ James A. Lewis
By: _____
          James A. Lewis, NC Bar No. 5470
          Attorney for Defendant
          United States Attorney's Office
          318 South Sixth Street
          Springfield, IL 62701
          Telephone: 217-492-4450
          Fax: 217-492-4888
          email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

>Anthony B. Cameron
>Boatmen's Bank Building
>529 Hampshire Street, Suite 511
>Quincy, IL 62301

      December 21, 2007            s/ James A. Lewis
Date:_____      _____
                                                         James A. Lewis