E-FILED
Monday, 07 January, 2008  02:14:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:07-cv-3003 |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Now comes the Plaintiff, James Dewell, by his attorney, Anthony B. Cameron, and moves this Honorable Court for an extension of time in which to respond to Defendant's Motion to Dismiss, and for his motion, states as follows:

1.      Defendant filed a Motion to Dismiss and supporting Memorandum, which was sent to our office electronically by the Court on December 21, 2007;

2.      Due to the holidays and weather closures, Plaintiff did not access the email transaction until December 27, 2007;

3.      For technical reasons, Plaintiff's counsel could not open the documents;

4.      Defense counsel has kindly sent us the documents;;

5.      Due to weather closures, the above software problem and some staff vacation, Plaintiff's counsel is unable to compose and forward an adequate reply by this date;

6.      Counsel can complete his reply by January 25, 2008;

7.      Counsel for the parties have discussed this extension request and counsel for the Defendant has no objection to the instant motion.

WHEREFORE, your Plaintiff prays as follows:

A.    The Court grant Plaintiff's motion for extension to file his reply to January 25, 2007;

B.    For such other and further relief as may be just and appropriate in the premises.

JAMES DEWELL, Plaintiff


By: /s/ Anthony B. Cameron
ANTHONY B. CAMERON,
His Attorney


ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Our File No. 07-103