UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:07-cv-3003 |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE**

Now comes the Plaintiff, James Dewell, by his attorney, Anthony B. Cameron, and moves this Honorable Court for an extension of time in which to respond to Defendant's Motion to Dismiss, and for his motion, states as follows:

1. Defendant filed a Motion to Dismiss and supporting Memorandum, which was sent to our office electronically by the Court on December 21, 2007;

2. Plaintiff's counsel moved for time to file a response through today;

3. Plaintiff's counsel set aside this afternoon to refine his draft in final and file same;

4. Plaintiff's counsel has, this late morning, been taken ill and must leave the office for relief and treatment;

5. Counsel believes in good faith he will be well and can complete his reply by January 29, 2008, and adds this is a periodic condition which usually resolves in a day or two;

6. Counsel has not consulted defense counsel, in that the onset of the illness was sudden and getting treatment and relief was time urgent.

WHEREFORE, your Plaintiff prays as follows:

A.    The Court grant Plaintiff's motion for extension to file his reply to January 29, 2008;

B.    For such other and further relief as may be just and appropriate in the premises.

JAMES DEWELL, Plaintiff

By: /s/ Anthony B. Cameron
    ANTHONY B. CAMERON,
    His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL 62301
Telephone: (217) 228-8669
Telefax:    (217) 228-2225
Our File No. 07-103