E-FILED
Tuesday, 29 January, 2008  03:04:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:07-cv-3003 |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME TO COMPLETE
SERVICE ON GOVERNMENT DEFENDANT**

Now comes the Plaintiff, James Dewell, by Anthony B. Cameron, his attorney, and requests this Honorable Court, either for cause shown or within its discretion, irrespective of cause, extend time fourteen days to complete certified mail service to point other than the local U.S. Attorney and, in support of this motion, makes reference to the matters set forth in his Memorandum of Law of even date herewith.

WHEREFORE, your Plaintiff prays for such an order and for such other and further relief as may be just and lawful in the premises.

JAMES DEWELL, Plaintiff


By:  /s/ Anthony B. Cameron
     ANTHONY B. CAMERON,
     His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-103

## CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

    James A. Lewis
    United States Attorney's Office
    318 South Sixth Street
    Springfield, IL 62701

Dated:  January 29, 2008

           /s/ Anthony B. Cameron
           Anthony B. Cameron