E-FILED
Wednesday, 30 January, 2008  03:36:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:07-cv-3003 |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR LEAVE TO FILE ATTACHMENT UNDER SEAL

Now comes counsel for Plaintiff, James Dewell, and moves this Honorable Court for leave to file an attachment to his Memorandum of Law in Opposition to Motion to Dismiss and to file same under seal and for his Motion, states as follows:

1. Attachment B contains important, explanatory material regarding our earlier progress reports to the Court;

2. We request the attachment be filed with the Court under seal, in that the items stated therein are matters of a personal and private family nature, and further, have security implications for one of the family members involved and her living arrangements.

WHEREFORE, your Plaintiff's counsel requests that this Motion and Attachment A to our Memorandum of Law be filed with this Court under seal and for such other and further relief as may be just and appropriate in the premises.

                                                JAMES DEWELL, Plaintiff


                                        By: /s/ Anthony B. Cameron
                                            ANTHONY B. CAMERON,
                                            His Attorney

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Our File No. 07-103

    Served on Court at the email dedicated for seal requests and upon counsel via electronic transmission.  Documents not filed with Clerk pending further order of Court.

Dated:  January 29, 2008.

                                              /s/ Anthony B. Cameron
                                                Anthony B. Cameron