**E-FILED**
Wednesday, 30 January, 2008 03:54:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JAMES DEWELL, )
)
    Plaintiff, )
)
vs. )   Case No. 3:07-cv-3003
)
JOHN E. POTTER, )
POSTMASTER GENERAL, )
)
    Defendant. )

## ORDER

Plaintiff's Motion for Leave to File Attachment Under Seal and Attachment B filed January 29, 2008, are directed to be filed under seal.

ENTER:   January  30 , 2008

                      s/Byron G. Cudmore
                      _____
                      U.S. Magistrate JUDGE

cc:   Anthony B. Cameron
      James A. Lewis