**E-FILED**
Tuesday, 19 February, 2008  03:07:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ANSWER**

The Postmaster General answers the paragraphs of the Complaint as follows:

1. Admitted that this Court has jurisdiction, based on the Rehabilitation Act, 29 U.S.C. § 794a.

2. Admitted.

3. Denied, for lack of knowledge.

4-6. Admitted.

7. Defendant realleges its answers to paragraphs 4-6.

8. Admitted.

9-12. Denied.

## **Affirmative Defenses**

1. Plaintiff fails to state a claim upon which relief may be granted.

2. There has been insufficient service of process.

WHEREFORE, defendant prays that this Court will dismiss this Complaint, with prejudice, with costs, and with such further relief as may be necessary.

                                        Respectfully submitted,
                                        RODGER A. HEATON
                                        United States Attorney

                                        s/ James A. Lewis

By:                                  _____

                                        James A. Lewis, NC Bar No. 5470
                                        Attorney for Defendant
                                        United States Attorney's Office
                                        318 South Sixth Street
                                        Springfield, IL 62701
                                        Telephone: 217-492-4450
                                        Fax: 217-492-4888
                                        email: jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

        Anthony B. Cameron
        Boatmen's Bank Building
        529 Hampshire Street, Suite 511
        Quincy, IL 62301

| | |
|---|---|
| February 19, 2008 | s/ James A. Lewis |
| Date:_____ | _____ |
| | James A. Lewis |