UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:07-cv-3003 |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of February, 2008, a copy of the Summons and Complaint filed in the captioned case herein was submitted to the U.S. Attorney, pursuant to the F.R.C.P. Rule 4 and the Order of this Court, by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

> General Counsel
> U. S. Postal Service
> 475 L'Enfant Plaza, SW
> Washington, DC  20260-1100

The original of said document has been filed with the U.S. District Court, Central District of Illinois, Springfield Division.

　　　　　　　　　　　　　　　　　　　　　　/s/ Anthony B. Cameron
　　　　　　　　　　　　　　　　　　　　　　ANTHONY B. CAMERON

ANTHONY B. CAMERON - Illinois Bar 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:     (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-103