E-FILED
Monday, 10 March, 2008   05:10:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES DEWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:07-cv-3003 |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

**REPORT OF RULE 26(f) MEETING**

NOW COME the parties to this action by their respective attorneys and file the following report of their Fed.R.Civ.P. 26(f) meeting:

1.  (a) On March 7 - 10, 2008, the parties, represented by each of the undersigned attorneys, held a continuing conference pursuant to Fed.R.Civ.P. 26(f). The parties discussed the nature and basis of their claims and defenses and possibilities for a prompt settlement or resolution of the case. The parties agreed that discovery will be needed on all subjects raised in the Complaint and in Defendant's Answer and Affirmative Defenses.

    (b) The parties further discussed a time within which to make the disclosures required by Fed.R.Civ.P. 26(a)(1), and a proposed discovery plan.

    (c) The conference was conducted by telephone, telefax and internet email.

2.  The parties agree that the Proposed Scheduling Order jointly submitted by them to the Court as an attachment hereto sets appropriate discovery scheduling dates.

3.  The parties have no additional views or proposals on the issues set forth in Fed.R.Civ.P. 26(f)(1)-(4).

4. The parties agree that both sides shall comply with the initial disclosure requirements of Fed.R.Civ.P. 26(a)(1) by April 18, 2008.

JAMES DEWELL, Plaintiff,

By /s/ Anthony B. Cameron
   Anthony B. Cameron
   529 Hampshire St., Suite 511
   Quincy, IL  62301
   (217) 228-8669


JOHN E. POTTER, POSTMASTER GENERAL
Defendant,

By   /s/ James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for Defendant


ANTHONY B. CAMERON - 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:       (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-103

James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office 318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

E-FILED
Monday, 10 March, 2008   05:11:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:07-cv-3003 |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the scheduling conference was held between counsel March 7 -10, 2008, with attorneys Anthony B. Cameron and James Lewis. Such conference was conducted electronically and without difficulty.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.  Initial disclosures under Rule 26 to be made by April 18, 2008.

2.  No motions to join other parties or to amend the pleadings to be filed after May 9, 2008.

3.  Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by November 21, 2008. Defendant is to identify testifying experts and to provide Rule 26 expert reports by January 9, 2009.

4.  The parties have until October 24, 2008, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply. The parties have until February 13, 2009, to complete

expert discovery.

     5.    Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court. If a motion to compel discovery is found by the Court to be time-barred, the moving party is prohibited from making a subsequent discovery request for the discovery which the Court has found to be time barred. All motions to compel must contain the certification required by Rule 37 that the parties met and conferred and attempted to resolve the discovery dispute. If the certification is not included, the motion to compel will be denied.

     6.    The parties have until _____ to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

     7.    Final Pre-trial Conference is scheduled for _____, at ___.m. before U.S. District Judge Richard Mills. All Motions in Limine to be filed on or prior to the Final Pre-Trial date. (See Local Rule 16.1 - Pre-Trial Procedures.) The parties are directed to meet with the assigned law clerk on _____ at ____.m. to review proposed jury instructions.

     8.    Trial is scheduled for _____ at ___.m. on the trial calendar of U.S. District Judge Richard Mills.

     9.    If the parties consent to trial before a U.S. Magistrate Judge, the final pre-

trial date and trial date may be changed.

10. Mediation will be hosted by a U.S. Magistrate at joint request of the parties. A memorandum concerning mediation is available upon request.

11. Evidence Presentation Equipment: Attached is an information sheet describing the evidence presentation equipment which can be made available to attorneys and *pro se* litigants in the four active District Judges' courtrooms.

12. The parties are directed to meet and confer concerning provisions for discovery or disclosure of electronically stored information. The parties are directed to review Rule 16(b)(5) and (6) and Rule 26(f) pertaining to electronically stored information. If the parties cannot agree upon a process/procedure for the discovery of electronically stored information, a status report with proposals for the discovery of electronically stored information shall be filed with the Court by _____. Parties report this is unlikely to become an issue in this case.

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRETRIAL DATE, DOES NOT ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ENTERED: March _____, 2008

_____
Byron Cudmore,  U.S. Magistrate Judge