IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO COMPEL RESPONSES TO DISCOVERY

Defendant moves to compel prompt and complete responses to the attached discovery. Fed.R.Civ.P. 37(a)(1). Defense counsel certifies that he sent an e-mail to plaintiff's counsel asking in good faith for responses to this discovery, and never got a response.

          Respectfully submitted,
          RODGER A. HEATON
          United States Attorney

          s/ James A. Lewis
By: _____
          James A. Lewis, NC Bar No. 5470
          Attorney for Defendant
          United States Attorney's Office
          318 South Sixth Street
          Springfield, IL 62701
          Telephone: 217-492-4450
          Fax: 217-492-4888
          email: jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

  The following person was served with a copy of the foregoing electronically or by mailing him a copy.

        Anthony B. Cameron
        Boatmen's Bank Building
        529 Hampshire Street, Suite 511
        Quincy, IL 62301

  May 12, 2008           s/ James A. Lewis
Date:_____  _____
                  James A. Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

### FIRST INTERROGATORIES

TO: Plaintiff and Counsel

Please answer the following interrogatories under oath within 30 days.

1. Plaintiff claims that he suffered and suffers from Chronic Low Back Syndrome. Please state (a) the date this Syndrome was first diagnosed, and the name, address and telephone number of the medical care provider who first diagnosed this Syndrome; (b) the name, address and telephone number of each medical care provider who diagnosed this Syndrome in the years 2000 through 2005; (c) the specific limitations this Syndrome imposes on daily life; (d) the specific limitations this Syndrome imposed on work for the Postal Service; (e) the communications from plaintiff and his representatives to the Postal Service and its representatives about this Syndrome, including date of communication, person communicating, person representing the Postal Service, and the details of any communication.

2. Will plaintiff produce all medical records from January 1, 2000 to present, or will plaintiff provide an appropriate medical release and the name, address and telephone number of each medical care provider that plaintiff saw for any reason in that time frame?

3. Was plaintiff physically able to do the work assigned by the Postal Service?

4. State the name, address and telephone number of each person with information as to the subject matter of Interrogatory No. 3, and state in detail the information that they know.

5. State the name of "similarly situated non-disabled employees in Postal's employment status [who were dealt with] differently and more favorably after similar occurrences." Complaint, ¶ 12.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ James A. Lewis
───────────────────────────
James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

I swear or affirm, under penalty of perjury, that the answers to these interrogatories are true and correct.

──────────────────────                            ──────────────────────
Date                                              James Dewell

# CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

        Anthony B. Cameron
        Boatmen's Bank Building
        529 Hampshire Street, Suite 511
        Quincy, IL 62301

Date: _March 12, 2008_          s/ James A. Lewis

                                                                     James A. Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JAMES DEWELL, )
)
Plaintiff, )
)
v. ) Case No. 07-3003
)
JOHN E. POTTER, POSTMASTER )
GENERAL, )
)
Defendant. )

## FIRST REQUEST FOR PRODUCTION

Please provide within 30 days each document considered in answering the First Interrogatories and each document with information as to the subject matter of the First Interrogatories.



Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

>Anthony B. Cameron
>Boatmen's Bank Building
>529 Hampshire Street, Suite 511
>Quincy, IL 62301

Date: March 12, 2008

s/ James A. Lewis

James A. Lewis