**E-FILED**
Monday, 12 May, 2008  12:31:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MEMORANDUM OF LAW, IN SUPPORT OF MOTION TO COMPEL DISCOVERY

On March 12, 2008, defendant sent rather fundamental discovery requests to plaintiff and counsel.  There was no response.  Defense counsel sent an e-mail to remind plaintiff's counsel. There was no response.

This failure to respond suggests that - - as with service of process - - it may be a struggle to get plaintiff and counsel to live up to their basic obligations in litigation (that they initiated).

Therefore, defendant asks this Court to order plaintiff and counsel to provide responses to discovery that are prompt, complete and not evasive. Fed.R.Civ.P. 37(a).

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By: 

James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

The following person was served with a copy of the foregoing electronically or by mailing him a copy.

Anthony B. Cameron
Boatmen's Bank Building
529 Hampshire Street, Suite 511
Quincy, IL 62301

May 12, 2008                                    s/ James A. Lewis
Date:_____          _____

                                                James A. Lewis