IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO COMPEL INITIAL DISCLOSURE

Defendant moves to compel the initial disclosure that was to be provided on April 18, 2008.  Fed.R.Civ.P. 26(a)(1); Fed.R.Civ.P. 37(a)(3)(A).

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:  s/ James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

  The following person was served with a copy of the foregoing electronically or by mailing him a copy.

        Anthony B. Cameron
        Boatmen's Bank Building
        529 Hampshire Street, Suite 511
        Quincy, IL 62301

  May 12, 2008            s/ James A. Lewis
Date:_____   _____
                  James A. Lewis