**E-FILED**
Monday, 12 May, 2008  12:33:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JAMES DEWELL,

      Plaintiff,

      v.

JOHN E. POTTER, POSTMASTER
GENERAL,

      Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. 07-3003

### DEFENDANT'S MEMORANDUM OF LAW,
### IN SUPPORT OF MOTION TO COMPEL INITIAL DISCLOSURE

This Court ordered the parties to provide initial disclosures by April 18, 2008.  (Doc. 27)

The defense did this, including more than 480 pages of documents.

Plaintiff never did this.  There have been no initial disclosures from plaintiff, despite the

Court's order.

Therefore, defendant asks this Court to order the plaintiff to provide prompt and

complete initial disclosures.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By:

James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The following person was served with a copy of the foregoing electronically or by mailing him a copy.

Anthony B. Cameron
Boatmen's Bank Building
529 Hampshire Street, Suite 511
Quincy, IL 62301

May 12, 2008                                           s/ James A. Lewis
Date:_____          _____

James A. Lewis