E-FILED
Wednesday, 21 May, 2008  11:40:36 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES DEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3003 |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW MOTION TO COMPEL (DOC. 28)**

Defendant moves for leave to withdraw the motion to compel discovery (Doc. 28) that was recently filed, on grounds that plaintiff answered on May 20, 2008, the discovery that was served on March 12, 2008. Plaintiff has not, however, provided initial disclosures, so defendant does not move for leave to withdraw the motion to compel initial disclosures. (Doc. 30)

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ James A. Lewis

James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

    The following person was served with a copy of the foregoing electronically or by mailing him a copy.

        Anthony B. Cameron
        Boatmen's Bank Building
        529 Hampshire Street, Suite 511
        Quincy, IL 62301

    May 21, 2008                                       s/ James A. Lewis
Date:_____    _____
                                                                             James A. Lewis