**E-FILED**
Friday, 13 June, 2008  04:49:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JAMES DEWELL,                              )
                                           )
                    Plaintiff,             )
                                           )
        vs.                                )        Case No. 3:07-cv-3003
                                           )
JOHN E. POTTER,                            )
POSTMASTER GENERAL,                        )
                                           )
                    Defendant.             )

### CERTIFICATE OF COMPLIANCE

I, Anthony B. Cameron, hereby certify that I served a copy of the foregoing

document entitled **Rule 26 Initial Disclosures** (with attachments) upon the following by

depositing a true and correct copy of the same in a United States Post Office box located in

Quincy, Illinois, first class postage fully prepaid, enclosed in an envelope plainly addressed

as follows, on the 13th day of June, 2008:

> Mr. James A. Lewis
> U.S. Attorney's Office
> 318 South Sixth Street
> Springfield, IL  62701


                                            /s/ Anthony B. Cameron
                                              Anthony B. Cameron

ANTHONY B. CAMERON - 0374555
Attorney for Plaintiff
529 Hampshire Street - Suite 511
Quincy, IL  62301
Telephone:  (217) 228-8669
Telefax:    (217) 228-2225
Email:  dacamara@adams.net
Our File No. 07-103

1